# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

----------------------------------------------------------x
:
NVR, INC., a Virginia corporation,           :  ECF CASE
:
                         Plaintiff,     :
:  Civ A. No. 15-cv-05059-NLH-
   - against -                                         :  KMW
:
JONATHAN DAVERN, an individual,      :  **NOTICE OF MOTION TO**
:  **STRIKE OR DISMISS**
                        Defendant.    :  **DEFENDANT'S**
:  **COUNTERCLAIMS**
:
                                      (Oral Argument Requested)

                                      Motion Date: April 4, 2016
----------------------------------------------------------x

TO:   Edward T. Kang
        KANG HAGGERTY & FETBROYT LLC
        123 S. Broad Street
        Suite 1670
        Philadelphia, PA 19109

PLEASE TAKE NOTICE that on Monday, April 4, 2016, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff NVR, Inc. ("NVR") will move before the Honorable Noel L. Hillman, United States District Judge, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey for an Order striking or dismissing the counterclaims filed by Defendant Jonathan Davern ("Defendant").

PLEASE TAKE FURTHER NOTICE that, in support of this motion, NVR shall rely upon the accompanying Memorandum of Law in Support of NVR's Motion to Strike or Dismiss Defendant's Counterclaims, which is filed herewith in accordance with L. Civ. R. 7.1(b) of the Local Civil Rules of the United States District Court for the District of New Jersey.

PLEASE TAKE FURTHER NOTICE, that at the time and place aforesaid, NVR will request that the proposed form of Order submitted herewith be entered by the Court.

Dated:    March 11, 2016
         New York, New York

                SEYFARTH SHAW LLP

                By:  s/ James S. Yu
                    James S. Yu

                620 Eighth Avenue
                New York, New York 10018
                Phone: (212) 218-5500
                Fax: (212) 218-5526
                jyu@seyfarth.com

                Barry J. Miller (Admitted *Pro Hac Vice*)
                Lauren Wachsman (Admitted *Pro Hac Vice*)
                SEYFARTH SHAW LLP
                2 Seaport Lane, #300
                Boston, MA 02210
                Tel:  (617) 737-1900

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically filed the foregoing Notice of Motion to Strike or Dismiss Defendant's Counterclaims and Memorandum of Law in Support of Motion to Strike or Dismiss Defendant's Counterclaims, via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

                                                                                */s/ James S. Yu*
                                                                                James S. Yu